UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**SCATPACK, INC.**                         **CASE NO. 1:18-CV-01550**

**VERSUS**                                    **JUDGE DRELL**

**GENUINE PARTS CO.**               **MAGISTRATE JUDGE PEREZ-MONTES**

<u>JUDGMENT</u>

Before the court is the Report and Recommendation of the Magistrate Judge (Doc. 61) previously filed herein. After independent (*de novo*) review of the record including the objections and responses filed herein, having determined that certain findings and recommendations are correct under the applicable law, but determining a slightly different result is appropriate, we adopt the Report and Recommendation in part.

In formulating his Report and Recommendation, the Magistrate Judge may not have noticed our entry of the minutes of the pretrial conference we conducted on September 17, 2020. (Doc. 60). There we allowed and set deadlines for follow-up depositions of plaintiff's expert witness, Dr. Paul Nelson, by October 31, 2020. We further allowed for the deposition of Defendant's expert , Mr. John Page, by November 30, 2020. These provisions supersede the Magistrate Judge's recommendation regarding a scheduling order modification; thus, those recommendations are not adopted. The only issue which remains is the matter of sanctions. We agree with the Magistrate Judge's recommendation in this respect. Accordingly, it is hereby

ORDERED that Genuine Parts Co.'s Motion for Sanctions (Doc. 39) is DENIED.

THUS DONE AND SIGNED this 21st day of October 2020, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT